**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01352-CV

**GENERAL PACKAGING CORPORATION, Appellant**

**V.**

**LEONARDO HERNANDEZ GARCIA, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13137-D**

## ORDER

We **GRANT** appellee's December 22, 2014 unopposed motion for an extension of time to file a brief.  Appellee shall file his brief by **MONDAY, FEBRUARY 9, 2015**.  We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE